UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-61134-CIV-ALTONAGA/Turnoff

**STEVEN E. PATE**,

    Plaintiff,

vs.

**TRIPLE NICKLE ASPHALT PAVING, INC.**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record.

On September 19, 2006, the Court issued an Order requiring the parties to select a mediator, schedule a time, date and place for mediation and file a proposed order scheduling mediation by October 20, 2006. To date, the parties have failed to comply with the Court's September 19, 2006 Order. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties shall comply with the Court's September 19, 2006 Order and file a proposed order scheduling mediation by **November 6, 2006**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of October, 2006.

*[signature: Cecilia M. Altonaga]*

    **CECILIA M. ALTONAGA**
    **UNITED STATES DISTRICT JUDGE**

cc:    Magistrate Judge William C. Turnoff
       counsel of record